JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 363 -- IN RE IMMIGRATION QUOTA LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 10/11/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE -- All Governments Defendants (emh) SUGGESTED TRANSFEREE DISTRICT: SUGGESTED TRANSFEREE JUDGE: |
| 10/27/78 | 2 | RESPONSE -- Plaintiffs Contruas de Avila, et al. -- W/Exhibit A and cert. of svc. (emh) |
| 10/30/78 | 3 | RESPONSE -- Plaintiffs Juna Ceja, et al. -- w/exhibits 1-3 and cert. of svc. (emh) |
| 11/9/78 | | HEARING ORDER -- Setting A-1 through A-3 for hearing December 8, 1978, New York, New York (rew) |
| 11/27/78 | | APPEARANCES -- Mathew L. Millen for Juan Ceja, Ana Maria Ceja, Juan Carlos Ceja, Evelia Calderon De Romero, Jorge Romero-Gonzalez; Bruce Goldsmith Contreras de Avila and Silva; Peter Osinoff for Leonal Castillo, Immigration and Naturalization Service, Griffin Bell, U.S. Dept. of Justice, Cyrus Vance, U.S. Dept. of State, Joseph Sureck (emh) |
| 11/29/78 | | LETTER REQUESTING POSTPONEMENT OF HEARING Scheduled for 12/8/78 in New York, N.Y. -- By All Government Defendants (emh) |
| 11/29/78 | | ORDER VACATING HEARING -- by All Government Defendants -- Notified involved counsel, judges & clerks (emh) |
| 12/8/78 | | HEARING ORDER -- setting A-1 thru A-3 for hearing to be held in Wash., D.C. on Jan. 19, 1979. (ea) |
| 1/19/79 | | WAIVER OF ORAL ARGUMENT -- Contreras de Avila, et al. -- for hearing held in Wash., D.C. on 1/19/78 (emh) |
| 1/22/79 | | CORRESPONDENCE REGARDING HEARING -- Peter Osinoff, Esq. and TELEGRAM from Bruce L. Goldsmith, Esq. (ea) |
| 3/30/79 | | ORDER DEFERRING PANEL DECISION until motions for summary judgment are resolved -- Notified involved judges, clerks and counsel (cds) |
| 6/22/79 | | ORDER DENYING TRANSFER OF LITIGATION under Section 1407.(ea Notified involved counsel, clerks & judges. (ea) |

DOCKET NO. 363 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE IMMIGRATION QUOTA LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  1/19/79

Consolidation Ordered _____    Consolidation Denied  6/22/79

Opinion and/or Order _____

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Refugio Silva, et al. v. Edward Levi, et al. | N.D.ILL. Grady | 76-C-4268 | | | 2/10/78 in n. see. | |
| A-2 | Imelda Contreas de Avila, et al. v. Griffin Bell, et al. | N.D.Ill. Marshall | 78-C-1166 | | | | 6/22/79 |
| A-3 | Juan Ceja, et al. v. Leonal Castillo, et al. | C.D.CAL. Lucas | 78-2587-MML | | | | 6/22/79 |

JPML Form 4.

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 363 -- IN RE IMMIGRATION QUOTA LITIGATION

REFUGIO SILVA, ET AL. (A-1)
IMELDA CONTREAS DE AVILA, ET AL. (A-2)
Bruce L. Goldsmith
Illinois Migrant Legal Assistance Project
343 South Dearborn Street
Suite 806
Chicago, Illinois 60604

JUAN CEJA, ET AL. (A-3)
Mathew L. Millen
Legal Aid Foundation of Long Beach
363 West 6th Street
San Pedro, California 90731

LEONAL CASTILLO
IMMIGRATION AND NATURALIZATION SERVICE
GRIFFIN BELL
U.S. DEPARTMENT OF STATE
U.S. DEPARTMENT OF JUSTICE
CYRUS VANCE
JOSEPH SURECK
Peter R. Osinoff
Assistant U.S. Attorney
1100 U.S. Court House
312 N. Spring Street
Los Angeles, California 90012

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 363 -- IN RE IMMIGRATION QUOTA LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Edward Levi | A-1 |
| U.S. Dept. of Justice | A-1 |
| Henry Kissinger | A-1 |
| U.S. Dept. of State | A-1, A-2, A-3 |
| Leonard Chapman | A-1 |
| Immigration and Naturalization Service | A-1, A-2 |
| David Vandersal | A-1, A-2 |
| Griffin Bell | A-2, A-3 |
| Cyrus Vance | A-2, A-3 |
| Leonel Castillo | A-2, A-3 |
| Joseph Sureck | A-3 |