DOCKET NO. 363

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE IMMIGRATION QUOTA LITIGATION

ORDER DENYING TRANSFER AS MOOT

On June 14, 1979, the first two causes of action in the California action listed on the attached Schedule A were dismissed, and summary judgment was entered in favor of defendants on the third, and final, cause of action. Thus, only a single action remains in this litigation, and consideration of the question of transfer under 28 U.S.C. §1407 in this litigation has become moot.

IT IS THEREFORE ORDERED that the motion for transfer under Section 1407 in this litigation be, and the same hereby is, DENIED as MOOT.

FOR THE PANEL:

Murray I. Gurfein
Chairman

DOCKET NO. 363
Schedule A

| NORTHERN DISTRICT OF ILLINOIS | Civil Action No. |
|---|---|
| Imelda Contreas de Avila, et al. v. Griffin Bell, et al. | 78-C-1166 |

| CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| Juan Ceja, et al. v. Leonal Castillo, et al. | 78-2587-MML |